SEPTEMBER 25, 1989

No. A–58 (88–2010). ROY *v.* UNITED STATES. C. A. 11th Cir. Application to recall and stay the mandate, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. A–85. JOHNSTON ET AL. *v.* SMITH ET AL. Super. Ct. Cal., San Mateo County. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–95 (88–2127). VAHLSING *v.* MAINE. Sup. Jud. Ct. Me. Application for stay, addressed to JUSTICE WHITE and referred to the Court, denied.

No. A–124. ROSENTHAL *v.* ARABIAN ET AL. C. A. 9th Cir. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–149 (89–237). PAYNE *v.* IMMIGRATION AND NATURAL-IZATION SERVICE. C. A. 4th Cir. Application for stay of deportation, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. D–776. IN RE DISBARMENT OF WERNER. Disbarment entered. [For earlier order herein, see 490 U. S. 1016.]

No. D–779. IN RE DISBARMENT OF LAMPERT. Disbarment entered. [For earlier order herein, see 490 U. S. 1017.]

No. D–789. IN RE DISBARMENT OF GUINAN. Disbarment entered. [For earlier order herein, see 490 U. S. 1079.]

No. D–791. IN RE DISBARMENT OF KROWEN. Disbarment entered. [For earlier order herein, see 490 U. S. 1104.]

No. D–792. IN RE DISBARMENT OF SCHAEFER. Disbarment entered. [For earlier order herein, see 491 U. S. 902.]

No. D–805. IN RE DISBARMENT OF POLLACK. It is ordered that Elliott H. Pollack, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.